UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 27  A 10: 56

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CONNECTICUT I.B.E.W. PENSION FUND, HEALTH INSURANCE FUND, ANNUITY FUND and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 488 | Civil Action No. 3:02 CV 1065(AVC) |
| Plaintiffs | |
| VS. | |
| MERCURY COMMUNICATIONS, INCORPORATED and WAYNE BROWNNG | April 26, 2004 |
| Defendants | |

## PLAINTIFFS' MOTION FOR MODIFICATION OF THE SCHEDULING ORDER AND EXTENSION OF TIME

The Plaintiffs, Trustees of the above-captioned Funds, respectfully submit this Motion for Modification of the Court's Scheduling Order of August 29, 2002, pursuant to Rule 16(b)(6) of the Federal Rules of Civil Procedure and an extension of the deadlines therein pursuant to Local Rule 7(b). The deadlines in the Court's Order were superceded by the Extensions of Time granted to the Defendants to respond to the Plaintiffs' Motion for Summary Judgment and the Court's deliberations regarding this motion. The Plaintiffs also request a scheduling conference in order to clarify the trial schedule. This is the Plaintiffs' first request for an extension of time.

**ORAL ARGUMENT NOT REQUESTED**

The Court issued a Scheduling Order on August 29, 2002. In relevant part, the Order indicated that (1) Discovery had to be completed by February 28, 2003; (2) all motions had to be filed by March 28, 2003; and (3) the case shall be ready for trial by May 30, 2003.

The Plaintiffs filed their Motion for Summary Judgment on March 28, 2003. The Defendants moved to extend the deadline for Completion of Discovery to May 31, 2003. This motion was granted on April 1, 2003. The Defendants moved to extend the date to respond to the Plaintiffs' Motion to April 30, 2003. This motion was granted on April 16, 2003. The Defendants moved a second time to extend the date to respond to the Motion for Summary Judgment to June 30, 2003. The Defendants filed their Opposition to the Plaintiffs' Motion on June 30, 2003. The Plaintiffs' Motion for Summary Judgment was denied in part and granted in part on March 14, 2004.

The Plaintiffs' requests are necessary so that the parties can adequately prepare for trial. The undersigned moving counsel has inquired of opposing counsel and there is <u>no opposition</u> to the motion.

DATED at East Hartford, Connecticut, this 26th day of April 2004.

THE PLAINTIFFS,

By: _____
Gregory S. Campora, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele. No.: (860) 290-9610
Fed. Bar # ct 23775

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was mailed, first class and postage prepaid, this 26th day of April 2004, to the following:

Floyd J. Dugas, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460

_____
GREGORY S. CAMPORA, ESQ.

GSC.SOUTHERN CT IBEW FUNDS.MERCURY.2004
MOTION for Modification of Scheduling Order and EOT.04-27-04