Case 3:02-cv-01065-AVC   Document 22   Filed 04/29/2004   Page 1 of 10

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 27 A 10: 56

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CONNECTICUT I.B.E.W. PENSION FUND, HEALTH INSURANCE FUND, ANNUITY FUND and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 488 | Civil Action No. |
| Plaintiffs | 3:02 CV 1065(AVC) |
| VS. | |
| MERCURY COMMUNICATIONS, INCORPORATED and WAYNE BROWNNG | April 26, 2004 |
| Defendants | |

## PLAINTIFFS' MOTION FOR MODIFICATION OF THE SCHEDULING ORDER AND EXTENSION OF TIME

The Plaintiffs, Trustees of the above-captioned Funds, respectfully submit this Motion for Modification of the Court's Scheduling Order of August 29, 2002, pursuant to Rule 16(b)(6) of the Federal Rules of Civil Procedure and an extension of the deadlines therein pursuant to Local Rule 7(b). The deadlines in the Court's Order were superceded by the Extensions of Time granted to the Defendants to respond to the Plaintiffs' Motion for Summary Judgment and the Court's deliberations regarding this motion. The Plaintiffs also request a scheduling conference in order to clarify the trial schedule. This is the Plaintiffs' first request for an extension of time.

**ORAL ARGUMENT NOT REQUESTED**

April 28, 2004. The motion is granted to the extent that the court shall hold a conference with counsel on May 26, 2004 at 2:00 pm. In preparation for the conference, the parties shall prepare a proposal for amending the scheduling order, and file the proposal on or before May 25, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719