UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Scheduling & Status Conference

Honorable Alfred V. Covello, U. S. D. J.
450 Main Street, Hartford
Chambers Room #125

**May 26, 2004**

**2:00 p.m.**

3:02cv1065 (AVC) Pension Fund, et al  v. Mercury Communications, et al


Gregory S. Campora
Robert M. Cheverie & Associates
333 East River Drive
Suite 101
East Hartford, CT 06108

Floyd Joseph Dugas
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460

Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460

                                              PER ORDER OF THE COURT
                                              KEVIN F. ROWE, CLERK