UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CONNECTICUT I.B.E.W. PENSION FUND, HEALTH INSURANCE FUND, ANNUITY PLAN and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 488<br><br>Plaintiffs<br><br>VS.<br><br>MERCURY COMMUNICATIONS, INCORPORATED and WAYNE BROWNING<br><br>Defendants | Civil Action No.<br>3:02-CV-1065 (AVC)<br><br><br><br>May 25, 2004 |

## PROPOSED AMENDMENT TO SCHEDULING ORDER

1.      The Plaintiffs, Trustees of the above-captioned Funds, submitted on April 26, 2004 a Motion for Modification of the Court's Scheduling Order of August 29, 2002, pursuant to Rule 16(b)(6) of the Federal Rules of Civil Procedure and an extension of the deadlines therein pursuant to Local Rule 7(b).  The Court granted this motion April 28, 2004 to the extent that a conference will be held with counsel on May 26, 2004.

2.      In preparation for this conference, the parties propose the Court's Scheduling Order be amended to reflect the following:

   a.   Discovery shall be completed by September 15, 2004.

   b.   Parties shall file a joint trial memorandum in accordance with the pretrial order, which shall be sent to the parties on October 15, 2004.

   c.   The case shall be ready for trial by November 15, 2004.

3.      Final lists of witnesses and exhibits under Rule 26(a)(3) will be submitted within thirty (30) days from the date the parties are notified of a Trial Date.

    4.    The parties will have fourteen (14) days after service of the final list of witnesses and exhibits to list objections under Rule 26(a)(3).

    5.    Settlement is likely at this time.  A pretrial conference before the judge or magistrate judge would enhance the prospects of settlement.

| THE PLAINTIFFS | THE DEFENDANTS |
|---|---|
| By:_____ | By:_____ |
| Gregory S. Campora, Esq. | Wayne L. Holcomb, Esq. |
| ROBERT M. CHEVERIE & | BERCHEM, MOSES & |
|    ASSOCIATES, P.C. |    DEVLIN, P.C. |
| 333 East River Drive, Suite 101 | 75 Broad Street |
| East Hartford, CT  06108-4203 | Milford, CT  06460 |
| Tele. No.:  (860) 290-9610 | Tele. No.: (203) 783-1200 |
| Fed. Bar # ct 23775 | Fed. Bar # ct 13127 |

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was mailed, first class and postage prepaid, this 25th day of May 2004, to the following:

Warren L. Holcomb, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT  06460

_____
GREGORY S. CAMPORA, ESQ.

GSC.SOUTHERN CT.IBEW FUNDS.MERCURY
AMDMT proposal to sched order.05-24-04