24

Construed as a motion to amend the scheduling order, the motion is GRANTED.

Alfred V. Covello, FILED

2004 MAY 28 P 2: 24
U.S. DISTRICT COURT
HARTFORD, CT.

May 26, 2004.
SO ORDERED.

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 25 P 1: 21

U.S. DISTRICT COURT
HARTFORD, CT.

---

TRUSTEES OF THE SOUTHERN CONNECTICUT
I.B.E.W. PENSION FUND, HEALTH INSURANCE
FUND, ANNUITY PLAN and INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS LOCAL
UNION NO. 488

Plaintiffs

VS.

MERCURY COMMUNICATIONS, INCORPORATED
and WAYNE BROWNING

Defendants

Civil Action No.
3:02-CV-1065 (AVC)

May 25, 2004

---

## ~~PROPOSED~~ AMENDMENT TO SCHEDULING ORDER

1.    The Plaintiffs, Trustees of the above-captioned Funds, submitted on April 26, 2004 a Motion for Modification of the Court's Scheduling Order of August 29, 2002, pursuant to Rule 16(b)(6) of the Federal Rules of Civil Procedure and an extension of the deadlines therein pursuant to Local Rule 7(b).  The Court granted this motion April 28, 2004 to the extent that a conference will be held with counsel on May 26, 2004.

2.    In preparation for this conference, the parties propose the Court's Scheduling Order be amended to reflect the following:

     a.    Discovery shall be completed by September 15, 2004.

     b.    Parties shall file a joint trial memorandum in accordance with the pretrial order, which shall be sent to the parties on October 15, 2004.

     c.    The case shall be ready for trial by November 15, 2004.

3.    Final lists of witnesses and exhibits under Rule 26(a)(3) will be submitted within thirty (30) days from the date the parties are notified of a Trial Date.