UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 JUN -7  A 9: 12

U.S. DISTRICT COURT
HARTFORD, CT.

TRUSTEES OF THE SOUTHERN CT
I.B.E.W. PENSION FUND, HEALTH
INSURANCE FUND, ANNUITY FUND
and INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL
NO. 488

V.                                                                CASE NO. 3:02CV01065(AVC)

MERCURY COMMUNICATIONS, INC.
and WAYNE BROWNING

### ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions. A settlement conference shall take place on September 29, 2004 at 10:00 a.m.

SO ORDERED.

Dated at Hartford, Connecticut, this _5TH_ day of June, 2004.

_____
Alfred V. Covello
United States District Judge