UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CONNECTICUT I.B.E.W. PENSION FUND, HEALTH INSURANCE FUND, ANNUITY FUND and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 488<br><br>Plaintiffs<br><br>VS.<br><br>MERCURY COMMUNICATIONS, INCORPORATED and WAYNE BROWNING<br><br>Defendants | Civil Action No.<br><br>3:02-CV-1065(AVC)<br><br><br><br>March 16, 2005 |

### WITHDRAWAL OF COMPLAINT

Pursuant to Rule 41(a), the Plaintiffs in the above-captioned matter hereby withdraw the instant Complaint, without prejudice, as the parties have reached a settlement agreement.

PLAINTIFFS,

By: _____
Gregory S. Campora, Esq.
ROBERT M. CHEVERIE
& ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
Fed. Bar # ct 23775

# CERTIFICATION

I hereby certify that a copy of the foregoing Withdrawal of Complaint has been mailed, first-class and postage prepaid, this 16th day of March, 2005 to the following:

Warren L. Holcomb, Esq.
BERCHEM, MOSES & DEVLIN, P.C.
75 Broad Street
Milford, CT 06460

GREGORY S. CAMPORA

GSC.SOUTHERN CT IBEW.MERCURY.2005
Withdrawal of Complaint.03-16-05