UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CONNECTICUT I.B.E.W. PENSION FUND, HEALTH INSURANCE FUND, ANNUITY FUND and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 488<br><br>Plaintiffs<br><br>VS.<br><br>MERCURY COMMUNICATIONS, INCORPORATED and WAYNE BROWNING<br><br>Defendants | Civil Action No.<br><br>3:02-CV-1065(AVC)<br><br><br>March 16, 2005 |

## WITHDRAWAL OF COMPLAINT

Pursuant to Rule 41(a), the Plaintiffs in the above-captioned matter hereby withdraw the instant Complaint, without prejudice, as the parties have reached a settlement agreement.

PLAINTIFFS,

By: _____
Gregory S. Campora, Esq.
ROBERT M. CHEVERIE
& ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
Fed. Bar # ct 23775

March 18, 2005; Approved. So ordered.
Alfred V. Covello, U.S.D.J.